RECEIVED
IN ALEXANDRIA
JAN 25 2010
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ISAAC DAVIS | CIVIL ACTION NO. 09-1436 |
| VERSUS | JUDGE TRIMBLE |
| ALFONZO PACHECO, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the report and recommendation[1] of the magistrate judge previously filed in the above captioned case, and after an independent review of the entire record, noting the absence of written objections, and concurring with the magistrate judge's findings under applicable law; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's claims against defendants CCA of Tennessee and Patricia Thomas are **DENIED** and **DISMISSED** with prejudice as frivolous for failing to state a claim as to which relief may be granted under 28 U.S.C. § 1915(e)(2)(B). It is further

**ORDERED** that plaintiff's claims against defendants Alfonzo Pacheco and Kathy Richardson are reserved unto plaintiff. It is further

**ORDERED** that defendants Pacheco and Richardson be served as provided in the memorandum order[2] issued by the magistrate judge on December 30, 2009.

---

[1] R. 10.

[2] R. 9.

1

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 25th day of January, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE