RECEIVED
IN ALEXANDRIA
AUG 5 2014
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ISAAC DAVIS,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 09-CV-01436 |
| VERSUS | |
| DAVID COLE,<br>    Respondent | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment is GRANTED and Davis' action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that defendants are assessed with all costs of this action incurred after February 7, 2011, including the costs associated with plaintiff's retention and deposition of an expert medical witness.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 5th day of August, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE